JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TABITA BOIAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC., a Wisconsin Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:20-cv-00109 MWF(AFMx)<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:　October 18, 2019<br>FAC Filed:　　　　February 21, 2020<br>SAC Filed:　　　　June 12, 2020 |

133358997.2

**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL**

## ORDER

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Tabita Boian and Defendant Schneider Logistics Transloading and Distribution, Inc. (collectively, the "Parties").  The Parties' Stipulation requesting dismissal of this entire action with prejudice as to Plaintiff Boian's individual claims and without prejudice as to the class and class claims, shall be and hereby is GRANTED.  The case is hereby dismissed in its entirety, and with prejudice as to Plaintiff's individual claims Boian's individual claims against Defendant and without prejudice as to the class and class claims against Defendant.

**IT IS SO ORDERED.**

DATE:  September 1, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

133358997.2

**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL**